# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RONALD KENYON,

    Petitioner,

v.                                  CASE NO. 5:11cv417-MP-EMT

UNITED STATES OF AMERICA, et al.,

    Respondents.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 22, 2012. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (doc. 1) is DISMISSED with prejudice.

    **DONE and ORDERED** this 27th day of March, 2012.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**